790 A.2d 881

IN THE MATTER OF FRANCIS X. GAVIN,
AN ATTORNEY AT LAW.

February 22, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–349, concluding that **FRANCIS X. GAVIN** of **HACKETTSTOWN,** who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of six months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.16(d) (failure to surrender client file on termination of representation), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and RPC 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **FRANCIS X. GAVIN** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective March 19, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.